PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Dominique Cello Serrano**

**Docket No. 0:00CR00368-1(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dominique Cello Serrano** who was sentenced on August 21, 2001, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol aftercare
Abstain from use of alcohol

*MODIFIED as of 8/10/04*:

Mental health treatment and 20 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On November 15, 2004, the defendant submitted a urine specimen that tested positive for cocaine and methamphetamine. The defendant admitted using drugs.

SPECIAL CONDITION #1: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient treatment, counseling or a support group.

On November 19 and 22, 2004, the defendant failed to report for drug testing per code-a-phone instructions.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

SCANNED
DEC 1 2004
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 30 th day of Nov., 2004, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

Respectfully,

Joan L. White
U.S. Probation Officer

Place St. Paul
Date November 29, 2004

c: United States Sentencing Commission