PROB 12C (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Dominique Cello Serrano**

**Docket No. 0:00CR00368-1(DSD)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dominique Cello Serrano** who was sentenced for Possession With the Intent to Distribute In Excess of 500 Grams of Methamphetamine on August 21, 2001, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Abstain from alcohol
No firearms, dangerous weapons
Mandatory drug testing

On August 10, 2004, subsequent to the defendant's conviction in Dakota County, Minnesota, for Disorderly Conduct, the defendant's conditions of supervised release were modified to include mental health treatment and 20 hours of community work service.

On November 30, 2004, the Court modified the defendant's conditions of supervised release to include 60 days of community confinement placement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #1: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On March 1, 2005, the defendant reported to the U.S. Probation Office in Minneapolis and submitted a positive drug test for cocaine and methamphetamine. He admitted using methamphetamine. Kroll Laboratories confirmed a positive test for methamphetamine. The defendant submitted the positive sample four days after his release from community confinement on February 25, 2005. Additionally, records from the Recovery Resource Center indicate the defendant failed to show for a scheduled drug test per the code-a-phone system on March 4, 2005.

SCANNED
MAR 16 2005
U.S. DISTRICT COURT MPLS

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

On March 1, 2005, the defendant was instructed to report to the U.S. Probation Office on March 8, 2005, at 7:15 a.m. for an office appointment. The defendant failed to show for the appointment and did not contact the probation officer.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 15th day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on March 14, 2005
Place Minneapolis