AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-368 (1) DSD

Dominique Cello Serrano

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtoom #9E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jonathan G. Lebedoff**

On: **3/29/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:
Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: March 16, 2005

SCANNED
MAR 16 2005
U.S. DISTRICT COURT MPLS

# RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ____________________

____________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________________

☐ Returned unexecuted: ____________________

____________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ____________________ ____________________
Date Name of United States Marshal

____________________
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure