**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: **00-368(DSD)** |
| | ) | Date: 3/29/05 |
| **DONIMIQUE CELLO SERRANO**, | ) | Court Reporter: N/A |
| | ) | Tape Number: TAPE # NOT AVAILABLE |
| Defendant. | ) | Time Commenced: 11:00 A.M. |
| | | Time Concluded: 11:05 A.M. |
| | | Time in Court: 0 Hours & 5 Minutes |

APPEARANCES:
Plaintiff: David Steinkamp
Defendant: Kate Menendez ☐ FPD ☐ Retained ☒ To be appointed
Interpreter / Language: N/A // ENGLISH

**Date Charges Filed**: **3/15/05** **Offense**: **Violation of Supervised Release**

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

**on** ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.
**Bond set in the amount of $* with conditions, see Order Setting Conditions of Release.**

**Next appearance date is at 4/15/05, 11:15 A.M. before Judge DOTY for**:

☐ **detention hrg** ☐ **preliminary hrg** ☐ **arraignment**

☐ **removal hrg** ☒ **FINAL revocation hrg**

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: **Defendant released on previous conditions of supervised release.**

s/Mary Lenner
Signature of Judicial Assistant