**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-368(1)(DSD) |
| | ) | Date: 4/15/05 |
| DOMINIQUE CELLO SERRANO, | ) | Court Reporter: |
| | ) | Tape Number: 100-2843/2944 |
| Defendant. | ) | Time Commenced: 3:30 p.m. |
| | | Time Concluded: 3:35 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Ann Anaya, Assistant U.S. Attorney
Defendant: Kate Menendez, Assistant Federal Public Defender

☒ FPD

Date Charges Filed: 4/7/05 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered

☒ Detention hearing waived ☒ Preliminary revocation hearing waived

Next appearance date is April 19, 2005 at 2:00 p.m. before U.S. District Judge David S. Doty for:

☒ Final revocation hearing

s/Katie Haagenson
Signature of Judicial Assistant