# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-368 (1) DSD**

Dominique Cello Serrano

0541-0407-0874-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Dominique Cello Serrano

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Jonathan G. Lebedoff, United States District Court Magistrate Judge.

Jacue Ellingson

(By) Jackie Ellingson, Deputy Clerk

April 7, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

________________________ ________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 4-15-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]