PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAR 8 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Dominique Cello Serrano**

**Docket No. 0:00CR00368-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dominique Cello Serrano** who was sentenced for Possession With the Intent to Distribute In Excess of 500 Grams of Methamphetamine on August 21, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Participate in drug/alcohol treatment program, abstain from alcohol, no firearms or dangerous weapons, and mandatory drug testing
>
> Mental health treatment and 20 hours of community work service (modified on August 10, 2004)
>
> 60 days of community confinement placement (modified on November 30, 2004)

On April 21, 2005, supervision was revoked and he was sentenced to 6 months and 1 day in custody with supervision to follow and include the following special conditions: 120 days in a halfway house, cooperate with mental health services, and take any prescribed medications.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.
>
> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On January 17, 2006, Mr. Serrano was arrested for Disturbing the Peace and Obstructing the Legal Process with Force. According to the Mendota Heights Police Department Offense/Incident Report, Mr. Serrano appeared very drunk and agitated. Additionally, Mr. Serrano would not take his hands out of his pockets. Security Staff sought to escort Mr. Serrano out of the establishment, but he attempted to flee by pulling away and kicking. Once he was escorted outside, law enforcement handcuffed him. At the police station, Mr. Serrano refused to exit the squad car and had to be forcibly removed. Afterward, he refused to stand up.

SCANNED
MAR 09 2006
U.S. DISTRICT COURT MPLS

FILED MAR - 8 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____
DEPUTY CLERK'S INITIALS____
-Summons Issued

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On January 21, 2006; and February 1 and 6, 2006, Mr. Serrano failed to appear for urinalysis as instructed by the code-a-phone.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 8th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Douglas S. Stevens
U.S. Probation Officer

Executed on March 7, 2006
Place Minneapolis