AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**AMENDED SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 00-368 (1) DSD

Dominique Cello Serrano

RECEIVED
MAR 17 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2006 MAR 14 P 3: 1
RECEIVED
US MARSHALS SERVICE
MPLS MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Franklin L. Noel**

On: **3/22/06 at 11:00 a.m.**

To answer a(n) .

Brief description of offense:

Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: March 9, 2006

SCANNED
MAR 20 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1] Douglas Stevens Date: 3/15/06

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______

☑ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Felicia Serrano-Fisher @ defendant's residence

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/15/06
Date

AL GARBER
Name of United States ~~Marshal~~ / Probation Officer
Douglas S. Stevens

(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure