# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DOMINIQUE CELLO SERRANO,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-368 DSD

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that KATHERINE M. MENENDEZ shall appear as appointed counsel of record for the above named defendant in this case.

Dated: March 22, 2006

*s/Katherine M. Menendez*
KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415