A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0641-0329-0662-0

CASE NUMBER: **CR 00-368 (1) DSD**

Dominique Cello Serrano

2006 MAR 30 P 3:10
RECEIVED
US MARSHALS SERVICE
MPLS MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Dominique Cello Serrano

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Bond

Ordered by: Franklin L. Noel, United States District Court Magistrate Judge.

(By) Jackie Ellingson, Deputy Clerk

March 29, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 4-4-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
APR 5 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04