**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 00-368(1)(DSD) |
| | ) | Date: 4/5/06 |
| DOMINIQUE CELLO SERRANO, | ) | Court Reporter: NA |
| | ) | Tape Number: 12/00-409 |
| Defendant. | ) | Time Commenced: 1:42 p.m. |
| | ) | Time Concluded: 1:48 p.m. |
| | ) | Time in Court: 6 Minutes |

APPEARANCES:

Plaintiff: Tracy Perzel, Assistant U.S. Attorney
Defendant: Lyonel Norris

☒ FPD ☐ CJA ☐ Retained ☐ To Be Appointed

Date Charges Filed: 3/29/06 Offense: Violation of Bond

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered

Next appearance date is 4/7/06 at 2:30 p.m. before U.S. Magistrate Judge Janie S. Mayeron in Mpls. Courtroom 8E for:

☒ Detention Hearing ☒ Bond Revocation Hearing

☐ Detention Hearing Waived-Government to Submit Proposed Order ☐ Bond Revocation Hearing Waived

Additional Information:

s/SK
Law Clerk