**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-368(1)(DSD) |
| | ) | Date: 4/7/06 |
| DOMINIQUE CELLO SERRANO, | ) | Court Reporter: NA |
| | ) | Tape Number: 14/430-447 |
| Defendant. | ) | Time Commenced: 2:30 p.m. |
| | ) | Time Concluded: 2:35 p.m. |
| | ) | Time in Court: 5 Minutes |

☒ **DETENTION HEARING**
☒ **BOND REVOCATION HEARING**

APPEARANCES:

Plaintiff: David Steinkamp , Assistant U.S. Attorney
Defendant: Andrea George

On Violation of Bond

☐ Bond continued

☐ Bond continued, additional conditions added, see Order Setting Conditions of Release

☒ Bond Revoked, Defendant Ordered Detained - Government to submit proposed Order

Additional Information: Waived detention hearing and bond revocation hearing.

s/TS
Law Clerk