UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-368(DSD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOMINIQUE CELLO SERRANO,

Defendant.

**ORDER FOR DETENTION**

The above-referenced matter came before the undersigned on April 7, 2006, for a preliminary hearing and detention hearing on a petition alleging violation of supervised release. The United States was represented by David P. Steinkamp, Assistant United States Attorney. The defendant was present and was represented by Andrea George, Esq. Afer being fully advised of his right to a hearing, the defendant knowingly waived his right to a preliminary hearing and detention hearing and agreed to be detained until the final supervised release revocation hearing could be held.

For these reasons, and upon all the evidence and files herein, IT IS HEREBY ORDERED THAT:

1. The motion of the United States for detention without bond is GRANTED;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent possible, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon order of the Court or request by the U.S. Attorney, the person in charge of the corrections facility in which the defendant is now confined shall deliver him to the United States Marshal for the purpose of appearance in connection with court proceedings.

Dated: April 12, 2006

s/ Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge