**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# MODIFICATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Dominique Cello Serrano,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 00-368(1)(DSD) |
| Date: | April 13, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:15 p.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: David P. Steinkamp, Assistant U.S. Attorney
Defendant: Andrea K. George : FPD

## PROCEEDINGS:

: **Modification of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant in custody.
: Defendant's supervised release is modified to include the following: The deft shall reside for a period of 180 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk