UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No 00-368(1)(DSD)

United States of America,

Plaintiff,

v.

Dominique Cello Serrano,

Defendant.

**AMENDED ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on April 13, 2006, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violation. Therefore, it is adjudged that defendant has violated the conditions of his supervised release by committing another state or local crime, failing to abstain from the use of alcohol and failing to comply with drug testing. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional condition:

> The defendant shall reside for a period of 180 days in a community corrections center as approved by the probation officer, and shall observe the rules of that facility.

Defendant shall remain on supervised release to run until the original expiration date of January 14, 2009. In addition to the above modifications, the same terms and conditions originally imposed on August 21, 2001, shall apply.

Defendant shall remain in the custody of the U.S. Marshal pending the availability of a bed at the community corrections center.

Dated: April 14, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court