**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-368 DSD/JSM |
| | ) | Date: 09/19/06 |
| Dominique Cello Serrano, | ) | Court Reporter: none |
| | ) | Tape Number: 9/390-749 |
| Defendant. | ) | Time Commenced: 3:35 p.m. |
| | | Time Concluded: 3:40 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Scott Tilsen

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Interpreter: ____none_______________ Language:___English_____________

Date Charges Filed: 09/05/06 Offense: Violation of Supervised Release

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.
Motion is √ granted, temporary detention ordered

√ Detention hearing waived √ Preliminary revocation hearing waived

Additional Information:
Defendant waived both preliminary revocation hearing and detention hearing. Final revocation hearing is Thursday, October 12, 2006 at 2:00 p.m. before Judge Doty.

__s/AR

Signature of Criminal Duty Clerk