A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 SEP 28 PM 3:14
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-CR-368 (DSD/JSM)**

0641-0905-1459-D

Dominique Cello Serrano

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Dominique Cello Serrano

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Senior Judge.

September 5, 2006 at Mpls, MN

(By) Katie Thompson, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ________________ Date of Arrest: ________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 9-18-06
ARRESTED Ramsey County
[illegible]AL
DISTRICT OF MINNESOTA
BY M. Lahnert[illegible]

SCANNED
SEP 28 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04