**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Dominique Cello Serrano,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: David S. Doty<br>U.S. District Judge<br><br>Case No: 00-368(1)(DSD/JMM)<br>Date: October 12, 2006<br>Court Reporter: Lorilee Fink<br>Time Commenced: 2:00 p.m.<br>Time Concluded: 2:15 p.m.<br>Time in Court: 15 Minutes |

## APPEARANCES:

Plaintiff: Michelle Jones, Assistant U.S. Attorney
Defendant: Andrea George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: 6 months with work release privileges.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk